UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KERRY CHARLES DUPARD, SR.**     CIVIL ACTION

**VERSUS**     NO. 14-0050

**JAMES HARPER ET AL.**     SECTION "A" (4)

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff, Kerry Charles Dupard Sr.'s 42 U.S.C. § 1983 complaint against the defendants, Orleans Parish Public Defender James Harper, Orleans Parish Criminal Court Judge Darryl Derbigny, Assistant District Attorney Virginia D. Miller, Assistant District Attorney William Jorden, U.S. Marshal Task Force Officers Wayne Griffiths, Philip DeSalvo, Harley Smith, and Matt Glapion, Deputy Supervisor U.S. Marshal Doug Farrell, Deputy U.S. Marshals Michael Shesby, Raymond Smiles, and Brian Fair, Orleans Parish K-9 Unit Police Officer Harold Rich and Hunter, Orleans Parish Police Officers N. Addison and A. Harris, Orleans Parish Police Sergeant R. Fayard, and Orleans Parish Detectives Brian Elsensohn, Scott Seymour, and Raymond Hughes, is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A, and 42 U.S.C. § 1997e.

October 1, 2014

_____
UNITED STATES DISTRICT JUDGE